

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-21-00036-CR |
| State, | § | Appeal from the |
| v. | § | 112th District Court |
| SATDIEL JEREMY DOMINGUEZ, | § | of Pecos County, Texas |
| Appellee. | § | (TC# P-3968-112-CR) |
| | § | |

## **O R D E R**

The Court orders that this appeal be ABATED until the companion mandamus action In re

State, No. 08-21-00106-CR, is resolved.

IT IS SO ORDERED this 15th day of June, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Alley, JJ.